UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NICOLE GLEN, et al.,

    Plaintiffs,

vs.

FAIRWAY INDEPENDENT MORTGAGE CORP.,

    Defendant.

Case No. 4:08CV730 RWS

## MEMORANDUM AND ORDER

After reviewing plaintiffs' response to the Show Cause Order and the parties' briefs on the defendant's partial motion to dismiss,

**IT IS HEREBY ORDERED** that plaintiffs' motion for remand [#14] is denied.

**IT IS FURTHER ORDERED** that the partial motion to dismiss the complaint [#6] is denied as moot.

**IT IS FURTHER ORDERED** that the partial motion to dismiss the amended complaint [#19] is denied as plaintiffs have stated a claim for breach of fiduciary duty under Missouri law.

This case will be set for a Rule 16 conference by separate Order.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 1st day of August, 2008.