UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NICOLE GLEN, et al.,

    Plaintiffs,

vs.

FAIRWAY INDEPENDENT MORTGAGE CORP.,

    Defendant.

Case No. 4:08CV730 RWS

## MEMORANDUM AND ORDER

This matter is before me on plaintiffs' motion to strike. Plaintiffs move to strike defendant's brief on the ground that it exceeds the scope of briefing permitted by the Court. I will deny the motion to strike because the Court has already noticed and disregarded the extraneous briefing included in defendant's memorandum. Therefore, plaintiffs need only respond to the portions of defendant's brief that address the issue of class definition as it relates to the statute of limitations.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion to strike [#83] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 11th day of January, 2010.